## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16cv852 (AJT/IDD) |
| ) | |
| MICHELLE K. LEE, Under Secretary of ) | |
| Commerce for Intellectual Property and Director ) | |
| of the United States Patent and Trademark ) | |
| Office, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **JOINT STIPULATION OF DISMISSAL**

The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned matter is dismissed and that all parties will bear their own costs, expenses, and fees.

/s/ Liane M. Peterson
LIANE M. PETERSON (VA Bar No. 65828)
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Tel:   (202) 945-6116
Fax:   (202) 672-5399
Email: lpeterson@foley.com

Date:   November 15, 2016

*Counsel for Plaintiff*

/s/Andrew S. Han (with permission)
ANDREW S. HAN
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3970
Fax:   (703) 299-3983
Email: andrew.han@usdoj.gov

Date:   November 15, 2016

*Counsel for Defendant*