AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    Eastern District of Virginia, Alexandria Division    on the following

☐ Trademarks or   ☒ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 1:16-cv-852 | DATE FILED 7/1/2016 | U.S. DISTRICT COURT Eastern District of Virginia, Alexandria Division |
|---|---|---|
| PLAINTIFF<br>TAKEDA PHARMACEUTICAL COMPANY LIMITED | | DEFENDANT<br>HON. MICHELLE K. LEE |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  8,900,638 | 12/2/2014 | Takeda Pharmaceutical Company Limited |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY   ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK ||
| 1 | | ||
| 2 | | ||
| 3 | | ||
| 4 | | ||
| 5 | | ||

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Joint Stipulation of Dismissal and Order . Signed by Judge Anthony J. Trenga on Nov. 16, 2016 |

| CLERK<br>Fernando Galindo, Clerk | (BY) DEPUTY CLERK | DATE<br>11/16/16 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHELLE K. LEE, Under Secretary of ) <br> Commerce for Intellectual Property and Director ) <br> of the United States Patent and Trademark ) <br> Office, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:16cv852 (AJT/IDD) |

## JOINT STIPULATION OF DISMISSAL

The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned matter is dismissed and that all parties will bear their own costs, expenses, and fees.

/s/ Liane M. Peterson
LIANE M. PETERSON (VA Bar No. 65828)
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Tel: (202) 945-6116
Fax: (202) 672-5399
Email: lpeterson@foley.com

Date: November 15, 2016

*Counsel for Plaintiff*

/s/Andrew S. Han (with permission)
ANDREW S. HAN
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3970
Fax: (703) 299-3983
Email: andrew.han@usdoj.gov

Date: November 15, 2016

*Counsel for Defendant*

So ordered,
11/16/16

Anthony J. Trenga
United States District Judge